IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY D. MITCHELL,

     Petitioner,                     No. 2:12-cv-3093 EFB P

  vs.

BITER,

     Respondent.                ORDER

                                 /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Petitioner also requests this action be stayed. However, petitioner has commenced this action in the wrong district.

      Petitioner was convicted in the San Luis Obispo Superior Court, but is confined in Kern County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

////

1

1    Therefore, the court takes no action on petitioner's application to proceed *in forma*
2    *pauperis* and motion to stay, and transfers this action to the United States District Court for the
3    Central District of California.  28 U.S.C. §§ 84(c); 1404(a).
4    Accordingly, it is ORDERED that this action is transferred to the United States District
5    Court for the Central District of California.
6    Dated: May 7, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

2