UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY D. MITCHELL, | ) | Case No. CV 13-3454 BRO(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| M. BITER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Grounds 1-2, the Karl Jones predicate for Ground 3, and Grounds 4-12 of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition") are dismissed with prejudice as time-barred and that Ground 3 of the Petition, to the extent predicated on Paul Goins' alleged recantation, is denied and dismissed without prejudice as unexhausted.

DATED:  November 21, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE